```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BETTY JEAN SMITH,                              :
                                               :          NOT FOR PUBLICATION
        Plaintiff,                             :
                                               :          ORDER
        -against-                              :
                                               :
JO ANNE B. BARNHART,                           :          06-CV-1796 (CBA) (CLP)
                                               :
        Defendant.                             :
                                               :
----------------------------------------------------------X
```

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Cheryl L. Pollak, United States Magistrate Judge, dated March 2, 2009, recommending that this Court grant defendant's motion for summary judgment and dismiss plaintiff's complaint. As no party has objected, the Court hereby adopts the Report and Recommendation of March 2, 2009 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

SO ORDERED.

Dated:      Brooklyn, New York
            March 23, 2009

                                        Carol Bagley Amon
                                        United States District Judge